FILED

08/08/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0170

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0170

STATE OF MONTANA,

     Plaintiff and Appellee,

  v.

NED BRYANT GARDNER,

     Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until September 7, 2022, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 8 2022